# United States Court of Appeals for the Fifth Circuit

_____

No. 23-50597
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**

May 3, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Felipe Michelle Medina-Rodriguez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:22-CR-2536-1

_____

Before Duncan, Wilson, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Felipe Michelle Medina-Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Medina-Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. However, we note that the order revoking Medina-Rodriguez's supervised release contains a clerical error in that it states that he pleaded not true to the allegations in the petition to revoke although the record reflects that he pleaded true to those allegations.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. The case is REMANDED to the district court for the limited purposed of correcting the revocation order to state that Medina-Rodriguez pleaded true to the pertinent allegations. *See* FED. R. CRIM. P. 36.